GEORGE FELDMAN, Appellant, *v.* KLOSK BROS. INC. (a Domestic Corporation), Respondent.

Supreme Court, Appellate Term, First Department, May 7, 1925.

**Trial — conduct of trial — prejudicial remark by trial court after refusal to charge warrants reversal.**

A remark by the trial court, after passing upon a request to charge, to the effect that while an exception might be taken to his refusal to charge, it would not avail the party anything, is prejudicial, and warrants a reversal of the judgment and a new trial.

APPEAL by plaintiff from a judgment of the Municipal Court, Borough of Manhattan, Eighth District, entered in favor of the defendant.

*Deiches, Goldwater & Flynn* [*Monroe Goldwater* of counsel], for the appellant.

*J. Arthur Hilton*, for the respondent.

PER CURIAM:

It was prejudicial to the rights of appellant for the trial court to state to the jury after passing upon a request to charge " You can take your exception and any other· exception you want to. It won't do you much good." Because of this, the judgment entered upon the verdict rendered in favor of the respondent must be reversed and a new trial ordered, with thirty dollars costs to the appellant to abide the event.

All concur.